UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                             ) | Docket No. 19-cr-40024 |
| ) | |
| JUNIOR MELENDEZ,                          ) | |
|     Defendant                             ) | |

ASSENTED TO MOTION TO CONTINUE SENTENCING

The defendant respectfully moves this Honorable Court to continue the sentencing hearing presently scheduled for September 28, 2022 for sixty days.

As grounds therefore, counsel states:

1. Counsel is scheduled to begin state court trials on August 8, 2022 (home invasion et al); September 20, 2022 (murder); and will be on vacation the end of August.

2. Counsel needs additional time to move to vacate a state criminal conviction that would impact the defendant's criminal history

3. Counsel needs additional time to respond to the 851 portions of the indictment in Docket 19-cr-40025.

4. Counsel moved to consolidate sentencing of Docket No. 19-cr-40024 and 19-cr-40025.

5. AUSA Friedholm and Probation Officer D'Adiecco assent to this continuance.

                                        Respectfully submitted,
                                        Junior Melendez
                                        By his attorney,

                                        /s/ Joan M. Fund
                                        Joan M. Fund, Esq.
                                        245 First Street
                                        Suite 1800
                                        Cambridge, MA 02142

617 945 9693
508 878 6830
BBO#181430

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    /s/ Joan M. Fund
                                    Joan M. Fund, Esquire

Date: August 4, 2022